CM/ECF hrgreaf1bk
(Rev. 09/17/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Christopher Michael Eubanks
    Debtor(s)

Case No.: 11−12941−DWH
Chapter No.: 7
Judge: David W. Houston III

---

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 9/29/11 at 10:29 AM

to consider and act upon the following:

*12* − Motion for Approval of Reaffirmation Agreement Between Debtor and Ford Motor Credit Company LLC, with accompanying Order on Reaffirmation Agreement Filed by Larry Spencer on behalf of Ford Motor Credit Company LLC. (Spencer, Larry)

**PLEASE NOTE:** Debtor(s) shall be present for this hearing.

If this case has been assigned to **JUDGE HOUSTON**, the attorney for the debtor(s) shall appear in person if the attorney represented the debtor during the course of negotiating the reaffirmation agreement or the attorney otherwise filed a motion to approve the reaffirmation agreement.

If this case has been assigned to **JUDGE OLACK**, the attorney for the debtor(s) shall appear in person for all hearings to approve a reaffirmation agreement, including those in which the debtor was not represented by the attorney for the debtor during the course of negotiating the reaffirmation agreement.

Dated: 8/25/11

                David J. Puddister
                Clerk, U.S. Bankruptcy Court
             BY: LLG
                    Deputy Clerk